Karen Hoffmann
Law Office of Karen L. Hoffmann, LLC
255 Kings Highway East
Haddonfield, NJ 08033
(609) 200-1241
karen@hoff.law
*Pro Bono Attorney for Petitioner*

Isen Kang
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2872
isen.kang@usdoj.gov
*Assistant United States Attorney*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MD ARMAN HOSSAN, Petitioner, | ) | CASE NO: 26-cv-03396 |
| v. | ) | Hon. Michael Shipp |
| SOTO, et al., Respondents. | ) | ELECTRONICALLY FILED |

**NOTICE OF STIPULATION OF DISMISSAL**

This stipulation is made by and between Petitioner Md Arman Hossan and Respondents Luis Soto, Ruben Perez, Todd Lyons and Markwayne Mullin. The parties have agreed to dismiss, without prejudice, the petition filed on March 31, 2026, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**SO STIPULATED.**

Dated: September 14, 2026

/s/ Karen Hoffmann
Karen Hoffmann
Law Office of Karen L. Hoffmann, LLC
255 Kings Highway East
Haddonfield, NJ 08033
(609) 200-1241
karen@hoff.law
*Pro Bono Attorney for Petitioner*

Respectfully submitted,

/s/ Isen Kang
Isen Kang
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2872
isen.kang@usdoj.gov
*Assistant United States Attorney*

**So Ordered this 14th day of September 2026**

**Honorable Michael A. Shipp, U.S.D.J**